Opinion issued October 22, 2015



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00665-CV

—————————————

## IN THE INTEREST OF K.S. AND E.S., CHILDREN

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2007-50925

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3, 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.